

ORDERED in the Southern District of Florida on February 19, 2013.

*A. Jay Cristol*

A. Jay Cristol, Judge
United States Bankruptcy Court

---

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

In re:                                        Case No. 12-29025-AJC
                                              Chapter 7
    Errol Castrillo,

    Debtor.
_____/
Soneet Kapila, as TRUSTEE,

    Plaintiff,

-vs-                                          Adv. Pro. No. 13-01020-AJC

    Errol Castrillo,

    Defendant.
_____/

### FINAL JUDGMENT (AGAINST DEFENDANT)

In conformity with this Court's Order Granting Plaintiff's Verified Motion For Default Final Judgment against the Defendant, Errol Castrillo, entered simultaneously herewith, the Court does

1

ORDER:

1. That Final Judgment is herein entered in favor of the Plaintiff, Soneet Kapila as Chapter 7 Bankruptcy Trustee of the Estate of Errol Castrillo, ["Plaintiff"] (whose last known mailing address is P.O. Box 14213, Fort Lauderdale, FL 33302), and against the Defendant, Errol Castrillo, (whose last known mailing address is 13375 NW 8th Street, Miami, FL 33182); and whose Social Security Number is xxx-xx-0884.

2. The Defendant's/Debtor's bankruptcy discharge is herein DENIED pursuant to 11 U.S.C. Section 727 (a) (2).

### 

Submitted by:

JAMES B. MILLER, ESQ.

Copies to (via ecf in pdf format):

James B. Miller, Esq.

(Clerk of Court shall serve Defendant via U.S. Mail with a conformed copy of this Final Judgment)